## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN

GOOD MAN PRODUCTIONS, INC.,

        Plaintiff,

v.                            Civil Action No. 4:14-cv-14546-LVP-EAS

JUSTIN PICKVET,

        Defendant.

## PLAINTIFF'S NOTICE OF SETTLEMENT
## WITH DEFENDANT JUSTIN PICKVET

**PLEASE TAKE NOTICE,** Plaintiff, Good Man Productions, Inc., has settled this matter with Defendant, Justin Pickvet, subscriber assigned IP address 68.60.190.228 ("Defendant"). Upon satisfaction of the terms of the parties' settlement agreement, to which Defendant still has executor obligations, Plaintiff will dismiss Defendant from this action with prejudice.

Dated:  June 8, 2015

                                     Respectfully submitted,

                                     By:   */s/ Paul J. Nicoletti*
                                     Paul J. Nicoletti
                                     pauljnicoletti@gmail.com
                                     NICOLETTI LAW, PLC
                                     33717 Woodward Avenue, Suite #433
                                     Birmingham, Michigan 48009
                                     Phone:  (248) 203-7800
                                     *Attorney for Plaintiff*

1

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 8, 2015, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By: <u> /s/ *Paul J. Nicoletti*        </u>
Paul J. Nicoletti